Troutman Pepper Locke LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ARYOUT MICHAEL THOMAS BHOTIWIHOK, an individual; JEREMIAH CORNELIUS, an individual; RANDY PAUGH, an individual; AND ALL THOSE SIMILARLY SITUATED; <br><br> Plaintiffs, <br><br> vs. <br><br> FAIRLIFE, LLC, an Illinois limited liability corporation; THE COCA-COLA COMPANY, a Delaware corporation; MIKE MCCLOSKEY, an individual; SUE MCCLOSKEY, an individual; SELECT MILK PRODUCERS, INC., a New Mexico corporation; and DOES 1-10, <br><br> Defendants. | CASE NO. 2:25-CV-1650-ODW-AGR <br><br> Hon. Otis D. Wright II, Courtroom 5D <br><br> **[ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** <br><br> [Filed concurrently with Stipulation to Extend Time to Respond to First Amended Complaint and Declaration of William Mullen in support] <br><br> Complaint Filed: February 26, 2025 <br> Trial Date: None Set |

# ORDER

The Court, having considered the Stipulation to Extend Time for Defendants to Respond to Plaintiffs' First Amended Complaint, and for good cause shown, hereby rules as follows:

IT IS HEREBY ORDERED THAT: Defendants' responsive pleading deadline to Plaintiffs' First Amended Complaint is continued from July 10, 2025 to August 7, 2025.

**IT IS SO ORDERED.**

Dated: July 3, 2025

_____
Honorable Otis D. Wright II
United States District Court Judge