**KING & SPALDING LLP**
KERI E. BORDERS (SBN 194015)
 kborders@kslaw.com
REBECCA B. JOHNS (SBN 293989)
 rjohns@kslaw.com
633 W Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: +1 213 443 4355
Facsimile: +1 213 443 4310

ZACHARY A. MCENTYRE (*pro hac vice*)
 zmcentyre@kslaw.com
WAYNE R. BECKERMANN (*pro hac vice*)
 wbeckermann@kslaw.com
1180 Peachtree Street, NE, Suite 1600
Atlanta, Georgia 30309
Telephone: +1 404 572 4600
Facsimile: +1 404 572 5100

Attorneys for Defendants
FAIRLIFE, LLC and
THE COCA-COLA COMPANY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARYOUT MICHAEL THOMAS BHOTIWIHOK, JEREMIAH CORNELIUS, AND RANDY PAUGH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRLIFE, LLC, an Illinois Limited Liability Corporation, THE COCA-COLA COMPANY, a Delaware Corporation, MIKE MCCLOSKEY, an individual, SUE MCCLOSKEY, an individual, SELECT MILK PRODUCERS, INC., a New Mexico Corporation, and DOES 1-10.<br><br>Defendants. | Case No. 2:25-cv-01650<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>**[LOCAL RULE 7.1-1; FED. R. CIV. P. 7.1]** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

The undersigned, counsel of record for Defendants fairlife, LLC ("fairlife") and The Coca-Cola Company ("TCCC"), certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- TCCC is a publicly traded company listed on the New York Stock Exchange. TCCC has no corporate parent, and no publicly held corporation owns 10% or more of TCCC's stock.
- fairlife is a wholly-owned subsidiary of TCCC.

DATED: August 6, 2025

**KING & SPALDING LLP**

By: /s/ Keri E. Borders
KERI E. BORDERS
REBECCA B. JOHNS
ZACHARY A. MCENTYRE

Attorneys for Defendants
FAIRLIFE, LLC and THE COCA-COLA COMPANY