William C. Mullen (SBN: 297272)
william.mullen@troutman.com
TROUTMAN PEPPER LOCKE LLP
350 S. Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: (213) 928-9800
Fax: (213) 928-9850

Lindsey B. Mann (*Pro Hac Vice*)
lindsey.mann@troutman.com
W. Alex Smith (*Pro Hac Vice*)
alex.smith@troutman.com
Anaid C. Reyes-Kipp (*Pro Hac Vice*)
anaid.reyes-kipp@troutman.com
TROUTMAN PEPPER LOCKE LLP
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
Telephone:  (404) 885-3000

Attorneys for Defendants
Mike McCloskey and Sue McCloskey

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ARYOUT MICHAEL THOMAS BHOTIWIHOK, an individual; JEREMIAH CORNELIUS, an individual; RANDY PAUGH, an individual; AND ALL THOSE SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>FAIRLIFE, LLC, an Illinois limited liability corporation; THE COCA-COLA COMPANY, a Delaware corporation; MIKE MCCLOSKEY, an individual; SUE MCCLOSKEY, an individual; SELECT | CASE NO.  2:25-CV-1650-ODW-AGR<br><br>Hon. Otis D. Wright II, Courtroom 5D<br><br>**STIPULATION TO STAY DISCOVERY AND VACATE FRCP 26(f)-RELATED DEADLINES**<br><br>[Filed concurrently with Declaration of William Mullen in support and [Proposed] Order]<br><br>FAC Filed:  May 29, 2025<br>Trial Date:  None Set |

1

STIPULATION TO STAY DISCOVERY AND VACATE FRCP 26(f)-RELATED DEADLINES

|   |   |   |
|---|---|---|
| 1 | MILK PRODUCERS, INC., a New | ) |
| 2 | Mexico corporation; and DOES 1-10, | ) |
|   |   | ) |
| 3 |                    Defendants. | ) |
| 4 |   | ) |

Pursuant to Civil Local Rule 7-1, Plaintiffs Aryout Michael Thomas Bhotiwihok, Jeremiah Cornelius, and Randy Paugh (collectively, "Plaintiffs"), and Defendants fairlife, LLC and The Coca-Cola Company (collectively, the "fairlife Defendants"), Select Milk Producers, Inc. ("Select"), and Mike McCloskey and Sue McCloskey (collectively, the "McCloskeys") (the fairlife Defendants, Select, and the McCloskeys, collectively, "Defendants"), by and through their respective counsel of record, hereby state as follows:

**WHEREAS**, on February 26, 2025, Plaintiffs filed the Complaint (ECF No. 1);

**WHEREAS**, on May 12, 2025, the Court entered an Order granting the Stipulation Regarding Filing of the First Amended Complaint and Response Date that was previously filed by the Parties, and ordered that Plaintiffs shall file their Amended Complaint on or before May 29, 2025 and Defendants file their response to Plaintiffs' Amended Complaint on or before July 10, 2025 (ECF No. 42);

**WHEREAS**, on May 29, 2025, Plaintiffs filed their First Amended Complaint (ECF No. 45);

**WHEREAS**, on July 3, 2025, the Court entered an Order granting the Parties' Stipulation to Extend Time for Defendants to Respond to Plaintiffs' First Amended Complaint, and ordered that Defendants' responsive pleading deadline to Plaintiffs' First Amended Complaint was continued from July 10, 2025 to August 7, 2025 (ECF No. 53);

**WHEREAS**, on August 7, 2025, the McCloskeys, fairlife Defendants, and Select each filed their own motion to dismiss Plaintiffs' First Amended Complaint, all of which are set for hearing with the Court on October 20, 2025 at 1:30 p.m. (ECF Nos. 70, 71 and 72), with the McCloskeys' motion to dismiss raising challenges for lack of

*Troutman Pepper Locke LLP*
*350 South Grand Avenue, Suite 3400*
*Los Angeles, CA 90071*

personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2) and for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6), and the fairlife Defendants and Select's respective motions to dismiss raising challenges for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6);

**WHEREAS**, on August 12, 2025, the Court issued an Order regarding Scheduling Meeting of Counsel [FRCP 16, 26(f)] and Notice of Intent to Issue Scheduling Order on October 20, 2025 (ECF No. 73);

**WHEREAS**, on August 21, 2025, counsel for the McCloskeys informed counsel for Plaintiffs that they intended to file a motion to stay discovery and requested that the Parties schedule a meet and confer call to discuss the same;

**WHEREAS**, on August 27, 2025, the Parties met and conferred about the McCloskeys' anticipated motion to stay discovery which was prompted by the McCloskeys' pending motion to dismiss Plaintiffs' First Amended Complaint;

**WHEREAS**, during the August 27, 2025 meet and confer call, the Parties agreed that discovery on the merits of Plaintiffs' claims and Defendants' defenses, as well as discovery related to class certification, should be stayed while the Court considers the pending motions to dismiss;

**WHEREAS**, the Parties also agreed that the deadlines in the Court's Order regarding Scheduling Meeting of Counsel [FRCP 16, 26(f)] and Notice of Intent to Issue Scheduling Order on October 20, 2025 should be vacated in light of Defendants' pending motions to dismiss and rescheduled, if appropriate, once the Court has ruled on the pending motions; and

**WHEREAS**, the Parties believe that the interests of conserving resources and efficiency will be served by staying discovery on the merits of Plaintiffs' claims and Defendants' defenses and class certification until after the Court rules on the pending motions to dismiss Plaintiffs' First Amended Complaint, and good cause exists to stay such discovery and vacate the relevant deadlines in the Court's Order regarding Scheduling Meeting of Counsel [FRCP 16, 26(f)] and Notice of Intent to Issue

Scheduling Order on October 20, 2025 to avoid any prejudice to Defendants since the case is not at issue yet and some or all of Plaintiffs' causes of action in the First Amended Complaint as well as some or all of Defendants may ultimately be dismissed.

**WHEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties that discovery on the merits of Plaintiffs' claims and Defendants' defenses, as well as discovery related to class certification, is stayed until after the Court issues a ruling on all of Defendants' respective motions to dismiss Plaintiffs' First Amended Complaint, and that the deadlines in the Order regarding Scheduling Meeting of Counsel [FRCP 16, 26(f)] and Notice of Intent to Issue Scheduling Order on October 20, 2025 are vacated.

Dated: September 4, 2025    TROUTMAN PEPPER LOCKE LLP

By: /s/ William C. Mullen
    William C. Mullen
    Lindsey B. Mann
    W. Alex Smith
    Anaid C. Reyes-Kipp

Attorneys for Defendants
Mike McCloskey and Sue McCloskey

Dated: September 4, 2025    WAYMAKER LLP

By: /s/ Sam S. Meehan
    Donald R. Pepperman
    Brian E. Klein
    Sam S. Meehan

Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: September 4, 2025 | LAW OFFICE OF CHERYL LEAHY |
| 2 | | |
| 3 | | By: /s/ Cheryl Leahy |
| 4 | | Cheryl Leahy |
| 5 | | Attorneys for Plaintiffs |
| 6 | | |
| 7 | Dated: September 4, 2025 | KING & SPALDING LLP |
| 8 | | By: /s/ Zachary A. McEntyre |
| 9 | | Keri E. Borders |
| 10 | | Rebecca B. Johns |
| | | Wayne R. Beckermann |
| 11 | | Zachary A. McEntyre |
| 12 | | Attorneys for Defendants fairlife, LLC and The Coca-Cola Company |
| 13 | | |
| 14 | Dated: September 4, 2025 | FAEGRE DRINKER BIDDLE & REATH LLP |
| 15 | | |
| 16 | | |
| 17 | | By: /s/ Joshua E. Anderson |
| | | Joshua E. Anderson |
| 18 | | Jeffrey S. Jacobson |
| 19 | | Attorneys for Defendant Select Milk Producers, Inc. |

## **ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 4, 2025          TROUTMAN PEPPER LOCKE LLP

By: */s/ William C. Mullen*
    William C. Mullen
    Lindsey B. Mann
    W. Alex Smith
    Anaid C. Reyes-Kipp

Attorneys for Defendants
Mike McCloskey and Sue McCloskey